UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 3 1 2017

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA, *et al.*,
*ex rel.* DOE, *et al.*,

            Plaintiffs,

    v.

NOVO NORDISK, INC., *et al.*

            Defendants.

Civil Action No. 1:17-00791 (RBW)

**FILED UNDER SEAL**

## ORDER

Upon consideration of the United States' Notice of Intervention in Part and Declination in Part, and for good cause shown, it is hereby

ORDERED that as to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time; and

IT IS FURTHER ORDERED that the parties shall serve all notices of appeal upon the United States; and

IT IS FURTHER ORDERED that all orders of this Court shall be sent to the United States; and

IT IS FURTHER ORDERED that should Relators or Defendants Practice Therapeutics and Healthstar Communications propose that the remaining part of the action in which the

United States has declined to intervene be dismissed, settled, or otherwise discontinued, the

Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS FURTHER ORDERED that this matter shall remain under seal until further order

of the Court.

SO ORDERED this _27th_ day of _July_____, 2017.

_Reggie B. Walton_

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

**Copies to:**

Counsel for the United States of America:

Darrell C. Valdez
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Darrell.Valdez@usdoj.gov

William E. Olson
Trial Attorney, Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
william.e.olson@usdoj.gov

Plaintiff-States Representatives:

Greg T. Kinskey
Assistant Attorney General
Office of the Texas Attorney General
Civil Medicaid Fraud Division
P.O. Box 12548
Austin, Texas  78711-2548

Lawrence J. Carcare II
Deputy Attorney General
Medicaid Fraud Control Unit
Office of Indiana Attorney General Greg Zoeller
8005 Castleway Drive
Indianapolis, Indiana 46250

Counsel for Relators:

Christopher M. Nelson
Ross M. Wolfe
The Weiser Law Firm
22 Cassatt Ave.
Berwyn, PA 19312