# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON, and WISCONSIN, the Commonwealths of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* KATHLEEN GRATTON and RAYMOND HIPPOLYTE, <br><br> Plaintiffs, <br><br> v. <br><br> PRECISION MEDICINE GROUP, INC., PRECISION FOR MEDICINE HOLDINGS, INC., and PRECISION EFFECT, INC. f/k/a LEHMAN MILLET HOLDINGS, INC. f/k/a HEALTHSTAR EDUCATIONAL SYSTEMS, INC., d/b/a PRACTICE THERAPEUTICS, <br><br> Defendants. | Civil Action No. 17-791 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Defendants Precision Medicine Group, Inc., Precision for Medicine Holdings, Inc., and Precision Effect, Inc. f/k/a Lehman Millet Holdings, Inc. f/k/a Healthstar Educational Systems, Inc., d/b/a Practice Therapeutics, and Relators Kathleen Gratton and Raymond Hippolyte, hereby stipulate to the

dismissal of all claims, with concurrence by real party-in-interest United States of America, with prejudice as to Relators and without prejudice as to the United States, in the above captioned matter.

/s/ Christopher Leigh Nelson
Christopher Leigh Nelson
DC Bar No. 219178
The Weiser Law Firm, P.C.
22 Cassatt Avenue, Berwyn, PA 19312
Telephone: (610) 249-0005
Facsimile: (610) 408-8062
Email: cnelson@weiserlawfirm.com

*Counsel to Relators Kathleen Gratton and Raymond Hippolyte*

/s/ Rebecca C. Martin
Rebecca C. Martin (admitted pro hac vice)
New York State Bar No. 2631380
Andrew B. Kratenstein (admitted pro hac vice)
New York State Bar No. 3037975
McDermott Will & Emery LLP
340 Madison Avenue
New York, NY 10173
Telephone: (212) 547-5400
Email:  rcmartin@mwe.com
        akratenstein@mwe.com

*Attorneys for Defendants Precision Medicine Group, Inc., Precision for Medicine Holdings, Inc., and Precision Effect, Inc.*