IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON, and WISCONSIN, the Commonwealths of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA *ex rel.* KATHLEEN GRATTON and RAYMOND HIPPOLYTE, <br><br>    Plaintiffs, <br><br> v. <br><br> PRECISION MEDICINE GROUP, INC., PRECISION FOR MEDICINE HOLDINGS, INC., and PRECISION EFFECT, INC. f/k/a LEHMAN MILLET HOLDINGS, INC. f/k/a HEALTHSTAR EDUCATIONAL SYSTEMS, INC., d/b/a PRACTICE THERAPEUTICS, <br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No. 17cv791 (RBW) |

**UNITED STATES' NOTICE OF CONSENT**
**TO THE VOLUNTARY DISMISSAL OF THIS ACTION**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendants Precision Medicine Group, Inc., Precision for Medicine Holdings, Inc,, and Precision Effect, Inc. f/k/a Lehman Millet Holdings, Inc. f/k/a Healthstar Educational Systems, Inc., d/b/a Practice Therapeutics (collectively "Defendants"), and Relators Kathleen Gratton and Raymond

Hippolyte, filed a Joint Stipulation of Dismissal as to all claims against Defendants, with prejudice as to Relators and without prejudice as to the United States. Doc. 78.

In accordance with the provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States respectfully notifies the Court that the Attorney General consents to the dismissal of all claims against Defendants, without prejudice to the United States and with prejudice as to Relators, on the grounds that such dismissal is in the interests of the United States.

DATED:  February 19, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JESSIE K. LIU
United States Attorney for the District of Columbia

DANIEL F. VAN HORN (DC Bar No. 924092)
Chief, Civil Division

By: _____
DARRELL C. VALDEZ (DC Bar No. 420232)
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, NW, Civil Division
Washington, DC 20530
Tel: 202.252.2507
Fax: 202.252.2599
Darrell.Valdez@usdoj.gov

MICHAEL D. GRANSTON (DC Bar No. 44625)
JAMIE ANN YAVELBERG (DC Bar No. 445473)
WILLIAM E. OLSON (DC. Bar No. 480087)
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: 202.305.3905

Counsel for the United States of America