IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, WASHINGTON, WISCONSIN, the Commonwealths of MASSACHUSETTS and VIRGINIA, and the DISTRICT OF COLUMBIA ex rel., KATHLEEN GRATTON and RAYMOND HIPPOLYTE<br><br>Plaintiffs,<br><br>v.<br><br>PRECISION MEDICINE GROUP, INC., PRECISION FOR MEDICINE HOLDINGS, INC., PRECISION EFFECT, INC. f/k/a LEHMAN MILLET HOLDINGS, INC. f/k/a HEALTHSTAR EDUCATIONAL SYSTEMS, INC., d/b/a PRACTICE THERAPEUTICS,<br><br>Defendants. | Civil Action No. 17-791 |

**AMENDED NOTICE OF CONSENT TO DISMISSAL**
**BY CERTAIN NAMED PLAINTIFF STATES**

On February 15, 2019, Relators Kathleen Gratton and Raymond Hippolyte along with

Defendants Precision Medicine Group, Inc., Precision for Medicine Holdings, Inc., and Precision

Effect, Inc. f/k/a Lehman Millet Holdings, Inc. f/k/a Healthstar Educational Systems, Inc., d/b/a

Practice Therapeutics filed a Joint Stipulation of Dismissal (ECF No. 78), wherein the parties stipulated to the dismissal of all claims with prejudice to Relators.  On February 19, 2019, the undersigned, having been advised by certain of the Named Plaintiff States[1], notified the Court that, pursuant to their respective false claims acts or other anti-fraud statutes, each of the Named Plaintiff States consented to the dismissal of this action without prejudice to its rights with the exception of the states of Delaware and Vermont, which had neither consented to nor objected to dismissal of this action without prejudice to their rights (ECF No. 79). Subsequent to that filing, the State of Vermont notified the undersigned that it consents to the dismissal of this action without prejudice to its rights.

---

[1] The Named Plaintiff States are: California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, Washington, Wisconsin, and the District of Columbia.

Respectfully submitted,

CURTIS T. HILL, JR.
ATTORNEY GENERAL
STATE OF INDIANA

*/s/ Lawrence J. Carcare II*
LAWRENCE J. CARCARE II
Deputy Attorney General
Attorneys for the State of Indiana
Indiana Bar No. 18557-49
Medicaid Fraud Control Unit
Office of Indiana Attorney General
8005 Castleway Drive
Indianapolis, IN 46250-1946
(317) 915-5319 (office)
(317) 232-7979 (fax)
Lawrence.Carcare@atg.in.gov

ATTORNEYS FOR THE STATE OF INDIANA and on behalf of and at the request of the states of California, Colorado, Connecticut, Florida, Georgia, Hawaii, Illinois, Iowa, Louisiana, Maryland, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, Virginia, Washington, Wisconsin, and the District of Columbia.

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 5, 2019, I electronically filed the Notice of the Named Plaintiff States Consent to the Voluntary Dismissal using the CM/ECF system, which will send notification of such filing to counsel of record.

                                            */s/ Lawrence J. Carcare II*
                                            LAWRENCE J. CARCARE II